## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF       ) <br> INFORMATION ASSOCIATED WITH THE    ) <br> USERNAME IDENTIFIED AS               ) <br> "kevin_kerr12@yahoo.com",            ) <br> "kevinkerr12@yahoo.com",             ) <br> "mrrosky@yahoo.com",                 ) <br> "trstan_fshr@yahoo.com", and         ) <br> "james.euron@yahoo.com" THAT IS STORED ) <br> AT PREMISES CONTROLLED BY YAHOO,     ) <br> INC.                                 ) | **ORDER** <br><br><br><br><br><br> Case No. 1:15-mj-087 |

On May 15, 2015, the court issued a search warrant in the above-captioned action. Therein it authorized the officer executing the warrant to delay notifying any persons of this matter until June 16, 2016.

On June 20, 2016, the Government filed a "Motion for an Extension re Order Pursuant to 18 U.S.C. § 2705(b) Commanding Provider to Not Notify Any Person of the Existence of Warrant." It requests that the court order Yahoo, Inc. (hereinafter the "Provider") not to notify any person of this matter until March 31, 2017, averring that the disclosure of the warrant's existence could compromise an ongoing criminal investigation.

For good cause shown, the court **GRANTS** the motion (Docket No. 7). The Provider shall not notify any person (including the subscribers or customers of the account(s) listed in the warrant) of the existence of the warrant until March 31, 2017, unless otherwise directed by the court. This matter shall remain until seal until March 31, 2017.

**IT IS SO ORDERED.**

Dated this 21st day of June, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court