# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | |
| "kevin_kerr12@yahoo.com", | ) | **ORDER** |
| "kevinkerr12@yahoo.com", | ) | |
| "mrrosky@yahoo.com", | ) | |
| "trstan_fshr@yahoo.com", and | ) | |
| "james.euron@yahoo.com" THAT IS | ) | |
| STORED AT PREMISES CONTROLLED | ) | |
| BY YAHOO, INC | ) | Case No. 1:15-mj-087 |

Before the court is the Government's motion to extend the sealing of above-captioned Search Warrant. The Government avers that public disclosure of this search may compromise an ongoing criminal investigation and jeopardize the safety of investigating agents.

Having reviewed the Government's motion ans supporting brief, the court concludes that the Government's confidentiality and safety concerns outweigh the public's right to access this information. Accordingly the court **GRANTS** the Government's motion (Docket No. 9). All materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and the Government's motion shall remain sealed until March 31, 2018, at which time this matter shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 31st day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court